PER CURIAM:

Virginia inmate Leo Lionel Payne petitions for a writ of mandamus seeking an order directing the district court to issue a decision in Payne's 28 U.S.C. § 2254 (2000) action. The last district court action occurred on November 19, 2007, when the district court granted Payne leave to proceed in forma pauperis.

We find that mandamus relief is not warranted at this time because the delay since the district court's last significant action is not unreasonable. Accordingly, we deny Payne's mandamus petition without prejudice to the filing of another such petition if the district court does not act expeditiously. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Anthony Reynolds petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion filed under 28 U.S.C. § 2255 (2000), and his motion for bail. He seeks an order from this court directing the district court to act. The district court has denied the bail motion, and we find there has been no undue delay in the district court with regard to the § 2255 motion. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

**In re: Mark Anthony REYNOLDS, Petitioner.**

No. 08–1553.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2008.

Decided: July 1, 2008.

Mark Anthony Reynolds, Petitioner Pro Se.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

**Leamon Bradley TODD, a/k/a Bradley Todd, Plaintiff—Appellant,**

v.

**GENEVA CONVENTION, The; Renaissance Inns; Aba Marshan Models; Venus Enterprises, Defendants—Appellees.**

No. 08–1604.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2008.

Decided: July 1, 2008.